# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

141127

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CORTEZ CARLESTER ROBINSON,
     Defendant-Appellant.

SC: 141127
COA: 297296
Kent CC: 09-006631-FC
          09-006975-FC

_____/

On order of the Court, the application for leave to appeal the May 3, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

0719